USDC SCAN INDEX SHEET

















HBH   2/13/06   10:41

3:05-CV-02281   MOSEL V. PRINCIPAL LIFE INS

*18*

*O.*

1

2    )

3

4

5

6

7

8

9

10

11

**FILED**

**2006 FEB 10  AM 8: 14**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

12              UNITED STATES DISTRICT COURT

13              SOUTHERN DISTRICT OF CALIFORNIA

14

15   KURT MOSEL,                          CASE No: 05-CV-2281 W (NLS)

16                          Plaintiffs,

17                                        ORDER DENYING
                                          PLAINTIFFS' REMAND
18        v.                              MOTION AS MOOT

19

20   PRINCIPAL LIFE INSURANCE CO.,

21

22                          Defendant.

23

24        Plaintiff Kurt Mosel ("Plaintiff") originally commenced this action in San Diego

25   Superior Court in April of 2005.  In November of 2005 Plaintiff amended his complaint

26   and Defendant Principal Life Insurance Company ("Defendant") timely removed the

27   action to this Court.  On January 12, 2006 Plaintiff moved to remand the case to San

28   Diego Superior Court.  Plaintiff's remand motion was set for hearing on February 13,



1  2006.

2          On February 8, 2006 Magistrate Judge Nita L. Stormes' chambers notified the

3  Court that this case settled at the Early Neutral Evaluation.  Accordingly, the Court

4  **DENIES** Plaintiff's remand motion as **MOOT**.  (*Doc. No. 5-1*).

5

6          **IT IS SO ORDERED.**

7

8  DATE: February 8, 2006

                                                    HON. THOMAS J. WHELAN
9                                                  United States District Court
10                                                 Southern District of California

11

12  CC:    ALL PARTIES AND COUNSEL OF RECORD

13         HON. NITA L. STORMES, UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28