















HBH    2/15/06    15:09

3:05-CV-02281   MOSEL V. PRINCIPAL LIFE INS

*19*

*CONSMAGTRL.*

FILED

06 FEB 14 AM 9:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

KURT MOSEL

, Plaintiff(s)

v.

PRINCIPAL LIFE INS.

, Defendant(s)

CONSENT TO EXERCISE OF JURISDICTION
BY A UNITED STATES MAGISTRATE JUDGE
AND ORDER OF REFERENCE

DEPUTY

CASE NUMBER: 05cv 2281 - W

---

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. 636(c) and FRCP 73, the parties in this case hereby voluntarily consent to have United States Magistrate Judge _Stormes_ conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment.

| Signatures | Date |
|---|---|
| Gordon Churchill | Feb. 8, 2006 |
| | Feb. 8, 2006 |
| | Feb 8, 2006 |
| | 2-8-06 |

The parties having settled this case, and by signing below, further voluntarily consent to United States Magistrate Judge _Stormes_ deciding:
  (1) all disputes regarding settlement terms arising during the documentation thereof not resolved by the parties themselves; and,
  (2) all disputes arising out of the terms of the settlement agreement once completed;
AND, that any decision by the Magistrate Judge regarding any such dispute(s), 1 or 2, above, shall be **FINAL AND BINDING, WITH NO APPEAL.** The intent of the parties is to provide the Magistrate Judge plenary authority to achieve finality regarding disputes between/among the parties, to reduce the risk of future litigation, minimize expense, and afford a venue for the parties to solve disputes with a minimum of expense.

| Signatures | Date |
|---|---|
| Gordon Churchill | Feb 8, 2006 |
| | Feb. 8, 2006 |
| | Feb 8, 2006 |
| | 2-8-06 |

## ORDER OF REFERENCE

IT IS HEREBY ORDERED that this case be referred to the Honorable _NITA L. STORMES_ United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. 636(c), FRCP 73 and the foregoing consent of the parties.

2/13/06

Date

United States District Judge

**THOMAS J. WHELAN**

K:\COMMON\CSA\forms\2005\cvconsent.wpd

19