USDC SCAN INDEX SHEET










```
JAH    3/10/06    14:28
3:05-CV-02281    MOSEL V. PRINCIPAL LIFE INS
*20*
*STIPO.*
```

1  Gordon S. Churchill (SBN 42603)
   Raul Cadena (SBN 185787)
2  **CADENA CHURCHILL, LLP**
   1202 Kettner Blvd., Suite 4100
3  San Diego, CA 92101
   Telephone: 619.546.0888
4  Facsimile:  619.234.3641

5  Attorneys for Plaintiff Kurt Mosel

FILED
06 MAR 10 AM 8:42
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KURT MOSEL, | CASE NO.: 05-CV-2281 |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON** |
| vs. | |
| PRINCIPAL LIFE INSURANCE COMPANY, a corporation; and DOES 1-30 | [FRCP 41(a)] |
| Defendants. | |

ENTERED ON 3/10/06

-1-

STIPULATION RE DISMISSAL

20 ORIGINAL

1     **IT IS HEREBY STIPULATED** by and between Defendant Principal Life Insurance Company, by and through its attorneys of record, and Plaintiff Kurt Mosel, by and through his attorney of record, that the above-entitled action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    **IT IS SO STIPULATED.**

DATED: March 6, 2006

WILSON ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

_____
Michael Brisbin, Esq.
Attorneys for Defendant
PRINCIPAL LIFE INSURANCE COMPANY

DATED: March 7, 2006

CADENA CHURCHILL, LLP

_____
Raul Cadena, Esq.
Attorneys for Plaintiff
KURT MOSEL

## ORDER

Based on the parties' stipulation, and good cause appearing, **IT IS SO ORDERED.**

DATED: 3/9, 2006

_____
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

-2-

STIPULATION RE DISMISSAL